FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK THOMAS LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES YATES, Warden,<br><br>　　　　Respondent. | No. ED CV 05-715-SGL (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 6/12/08

　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN G. LARSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE