FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK THOMAS LOPEZ, | No. ED CV 05-715-SGL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/12/08

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE